**OREGON MESABI CORPORATION, a Corporation, Appellant, v. C. D. JOHNSON LUMBER CORPORATION, a Corporation, Appellee.**

**No. 11570.**

Circuit Court of Appeals, Ninth Circuit.

Dec. 12, 1947.

Laing, Gray & Smith, Henry S. Gray, and John R. Becker, all of Portland, Or., for appellant.

King & Wood, Robert S. Miller, and Edward E. Grant, all of Portland, Or., for appellee.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Tried with Case No. 11,569, 9 Cir., 166 F.2d 997, between the same parties, the complaint here is for a spur line to reach appellee's main logging road sought to be condemned in No. 11,569. The judgment gives the same exclusive right of way. The same errors are urged here as in the first case (this day decided) and we make the same rulings thereon.

The judgment is reversed.